UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> *Defendant*. | Civil Action No. 22-0735 (DLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 15, 2022 Minute Order, Plaintiff Judicial Watch, Inc., and Defendant U.S. Department of Justice ("DOJ"), by and through their respective counsel, respectfully submit this Joint Status Report for the above-captioned Freedom of Information Act ("FOIA") lawsuit.

1. On August 30, 2021, Plaintiff submitted a FOIA request that sought "all records related to the Department of Justice's August 2021 virtual meeting pertaining to threats to election officials." Compl. ¶ 5. The time frame for the request was listed as "July 1, 2021 to the present." *Id.*

2. Plaintiff filed its Complaint on March 16, 2022, and Defendant filed its answer on May 18, 2022.

3. As previously reported in the parties' June 16, 2022 Amended Joint Status Report (ECF No. 11), the Office of Information Policy ("OIP") represented that its search for records potentially responsive to Plaintiff's FOIA request was ongoing and anticipated that the search would be complete on or before July 29, 2022. OIP has since received the results of this search. The search for email and electronic documents identified approximately 3,800 potentially responsive documents and 10,700 potentially responsive items requiring review for responsiveness

and deduplication. "Documents" include individual emails, computer files, and calendar items, while "items" additionally include attachments to emails. The initial responsiveness review and deduplication process for these results is ongoing. OIP anticipates completing the initial responsiveness review and deduplication of these results within approximately forty-five days, at which point, the parties will confer regarding a processing schedule based on the volume of material initially determined to be responsive to Plaintiff's FOIA request.

    4.    The Federal Bureau of Investigation made its final release to Plaintiff on June 30, 2022.

    5.    The parties request that their next Joint Status Report be due October 28, 2022.

    6.    The parties are hopeful that this action may be resolved without briefing and respectfully request that the Court defer setting a briefing schedule.

*   *   *

Dated:  July 29, 2022  Respectfully submitted,

        */s/ Lauren M. Burke*
        LAUREN M. BURKE, DC Bar No. 1028811
        Judicial Watch, Inc.
        425 Third Street, SW, Suite 800
        Washington, DC 20024
        202-646-5172
        LBurke@judicialwatch.org

        *Counsel for Plaintiff*

        MATTHEW M. GRAVES, D.C. Bar No. 481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

By:    */s/ Douglas C. Dreier*
        DOUGLAS C. DREIER, D.C. Bar No. 1020234
        Assistant United States Attorney – Civil Division
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C.  20530
        (202) 252-2551
        douglas.dreier@usdoj.gov

        *Counsel for Defendant*